UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| ASHTON PLASTIC PRODUCTS, INC. | : Case No.: C-1-02-529 |
| Plaintiff, | : Judge Dlott |
| | : Magistrate Judge Sherman |
| vs. | : |
| FUSITE CORPORATION, | : **PLAINTIFF'S MOTION FOR** |
| | : **VOLUNTARY DISMISSAL** |
| | : **WITHOUT PREJUDICE** |
| Defendant. | : |

Plaintiff Ashton Plastics Products, Inc. respectfully requests, pursuant to Fed. R. Civ. P. 41(a)(2), that this Court dismiss this matter without prejudice, as Plaintiff is without funds to continue the litigation at present, as more fully set forth in the accompanying memorandum.

Respectfully submitted,

/s/ W. B. Markovits
W. B. Markovits, Esq. (0018514)
MARKOVITS & GREIWE CO., L.P.A.
119 East Court Street, Suite 500
Cincinnati, OH 45202
(513) 977-4774

Counsel for Ashton Plastic Corporation, Inc.

CERTIFICATE OF SERVICE

The foregoing was served by ordinary U.S. mail, postage prepaid, on this 2nd day of December, 2003 upon the following:

Jerome J. Metz, Esq.
PORTER, WRIGHT, MORRIS &
  ARTHUR, LLP
250 E. 5th Street, Suite 2200
Cincinnati, Ohio 45202-4199

Jean Y. Teteris, Esq.
41 South High Street
Columbus, Ohio 43215

Ronan P. Harty, Esq.
Arthur J. Burke, Esq.
DAVIS POLK & WARDELL
450 Lexington Ave.
New York, NY 10017


/s/ W. B. Markovits