IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

ASHTON PLASTIC PRODUCTS, INC.,　　　:
　　　　　　　　　　　　　　　　　　:
　　　　　　Plaintiff(s)　　　　　　:
　　　　　　　　　　　　　　　　　　:　Case Number: 1:02cv529-SJD
　　　vs.　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　:　District Judge Susan J. Dlott
FUSITE CORPORATION,　　　　　　　　:
　　　　　　　　　　　　　　　　　　:
　　　　　　Defendant(s)　　　　　　:

JUDGMENT IN A CIVIL CASE

　　　　　Decision by Court: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

. . . that the Court dismisses with prejudice the plaintiff's amended complaint.

11/17/04　　　　　　　　　　　　　　　　　　JAMES BONINI, CLERK


　　　　　　　　　　　　　　　　　　　___s/Stephen Snyder_____
　　　　　　　　　　　　　　　　　　　Deputy Clerk


Pursuant to S. D. Ohio Civ. R. 79.2(a) and (b), all models, diagrams, depositions, photographs, x-rays and other exhibits and materials filed or offered in evidence shall be withdrawn by counsel without further Order within six (6) months after final termination of the action. All materials not withdrawn shall be disposed of by the Clerk as waste.